# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JO ANNE DOMINEY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:16-cv-1004
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

On December 4, 2017, the Magistrate Judge assigned to this case issued a Report and Recommendation affirming the denial of disability benefits to the Plaintiff, Jo Ann Dominey (ECF No. 24). Thereafter, the plaintiff filed an objection (ECF No. 25). The matter is ripe for decision.

This undersigned has reviewed the objections lodged by the plaintiff, together with the Report and Recommendation, the decision of the Administrative Law Judge as well as the medical evidence of record. This Court concludes that the Report and Recommendation of the Magistrate Judge is well reasoned, supported by substantial evidence and in accordance with the law. The objections of the plaintiff are overruled.

The decision of the Acting Commissioner of the Social Security Administration denying disability benefits to the plaintiff is AFFIRMED.

    **IT IS SO ORDERED.**

3-13-2018
Date

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE